

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00173-CV

| | | |
|---|---|---|
| In the Interest of L.M., A Child | § | From the 415th District Court |
| | § | of Parker County (CV16-0106) |
| | § | June 28, 2018 |
| | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed and remanded in part. We affirm that portion of the trial court's order that requires Mother to pay half of L.M.'s travel expenses. We reverse that portion of the trial court's order that denies Mother's request to include a provision requiring L.M. to be escorted by a parent or family member on every flight to and from Florida for Father's visitation, and we remand to the trial court for a new trial on that issue. We reverse that part of the trial court's order changing L.M.'s last name and remand that issue to the trial court for a new trial on that cause of action. We reverse the $5,000 attorney's fees awarded to Father.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
    Justice Wade Birdwell